UNIFORMED FIRE OFFICERS ASSOCIATION, LOCAL 854, et al., Respondents, v CITY OF NEW YORK, Appellant.

Submitted March 18, 2013; decided April 30, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

WENDY WEBB-WEBER, Appellant, v COMMUNITY ACTION FOR HUMAN SERVICES, INC., et al., Respondents, et al., Defendants.

Submitted February 19, 2013; decided April 30, 2013

Motion to enlarge the record on appeal granted.